```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 31759
   MARY A EVANS SALLIE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9035

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/26/2004 and was confirmed 10/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.15% from remaining funds.

     The case was paid in full 10/11/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00             .00              .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE     3193.20             .00          3193.20
DAIMLER CHRYSLER FINANCI SECURED           1135.00          129.37          1135.00
CHASE MANHATTAN          NOTICE ONLY     NOT FILED             .00              .00
FIRST MIDWEST BANK       SECURED               .00             .00              .00
BANK ONE                 UNSECURED       NOT FILED             .00              .00
ROUNDUP FUNDING LLC      UNSECURED         1190.76             .00           192.36
DISCOVER FINANCIAL SERVI UNSECURED         5488.13             .00           886.55
ECAST SETTLEMENT CORP    UNSECURED         4807.38             .00           776.58
CITIBANK MORTGAGE        NOTICE ONLY     NOT FILED             .00              .00
CHASE HOME MORTGAGE      NOTICE ONLY     NOT FILED             .00              .00
WELLS FARGO FINANCIAL IL UNSECURED         1014.03             .00           163.81
LEGAL HELPERS PC         DEBTOR ATTY      2,400.00                          2,400.00
TOM VAUGHN               TRUSTEE                                              523.13
DEBTOR REFUND            REFUND                                                  .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    9,400.00

PRIORITY                                                  .00
SECURED                                              4,328.20
    INTEREST                                           129.37
UNSECURED                                            2,019.30
ADMINISTRATIVE                                       2,400.00
TRUSTEE COMPENSATION                                   523.13
DEBTOR REFUND                                             .00
                          ---------------       ---------------
TOTALS                      9,400.00                9,400.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 31759 MARY A EVANS SALLIE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE